1
2
3
4
5            **UNITED STATES DISTRICT COURT**
6                    **DISTRICT OF NEVADA**
7
8    ROBERT ROYCE BYFORD,
9            Petitioner,                          3:11-cv-00112-ECR-RAM
10   vs.
                                                  **ORDER**
11   E.K. McDANIEL, *et al.*,
12           Respondents.
13   _____/
14

15          This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 by

16   Robert Royce Byford, a Nevada prisoner under sentence of death.  Byford filed a *pro se* habeas

17   corpus petition (docket #1) on February 15, 2011.  Petitioner paid the $5 filing fee for this action.

18          Despite the fact that he paid the $5 filing fee, petitioner also filed an Application to Proceed

19   *in Forma Pauperis* (docket #2).  In view of the information provided in that application, regarding

20   his financial status, the court will grant Byford's motion in part and deny it in part.  The court will

21   not waive payment of the $5 filing fee, but will grant Byford leave to proceed *in forma pauperis* with

22   respect to subsequent fees and costs.

23          In addition, Byford filed a motion for appointment of counsel (docket #3).  Byford's

24   application for leave to proceed *in forma pauperis* shows that he lacks the resources necessary to

25   employ counsel for this capital habeas corpus action.  Therefore, pursuant to 18 U.S.C. § 3599, and

26   in the interests of justice, the Federal Public Defender for the District of Nevada (FPD) shall be

1  appointed to represent Byford.  If the FPD is unable to represent Byford, due to a conflict of interest

2  or other reason, then alternate counsel will be located and appointed by the court.  Byford's

3  appointed counsel will represent him in all subsequent proceedings, pursuant to 18 U.S.C. § 3599(e),

4  unless and until allowed to withdraw.

5      **IT IS THEREFORE ORDERED** that petitioner's Application to Proceed *in Forma*

6  *Pauperis* (docket #2) is **GRANTED IN PART AND DENIED IN PART**.  The Application to

7  Proceed *in Forma Pauperis* is **DENIED** with respect to waiver of payment of the filing fee, but

8  **GRANTED** with respect to subsequent fees and costs.

9      **IT IS FURTHER ORDERED** that petitioner's Motion for Appointment of Counsel

10  (docket #3) is **GRANTED**.  The Federal Public Defender for the District of Nevada is appointed to

11  represent petitioner.  The Federal Public Defender shall have **30 days** from the date of entry of this

12  order to undertake  representation of petitioner or to indicate to the court its inability to represent

13  petitioner in these proceedings.

14      **IT IS FURTHER ORDERED** that the Clerk of the Court shall **SERVE** a copy of this order

15  on Michael Pescetta, Capital Habeas Division, Office of the Federal Public Defender, 411 East

16  Bonneville Ave., Ste. 250, Las Vegas, NV 89101.

17      **IT IS FURTHER ORDERED** that the Clerk of the Court shall **SERVE** the respondents,

18  by certified mail, with a copy of this order and a copy of the petition for writ of habeas corpus

19  (docket #1).

20      **IT IS FURTHER ORDERED** that respondents' counsel shall file a notice of appearance of

21  counsel within **30 days** from the date of entry of this order.  Respondents need not respond to the

22  habeas corpus petition unless and until the court orders otherwise.

23      Dated this 16th day of  February  2011.

24

25  _____

26  UNITED STATES DISTRICT JUDGE

2