# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT ROYCE BYFORD,

    Petitioner,　　　　　　　　　　　　　　3:11-cv-00112-ECR-WGC

vs.

                                          **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

On May 18, 2012, petitioner filed a motion for leave to file a second amended petition. ECF No. 27. Respondents filed a response indicating that they did not object to the filing of the pleading, with the one condition that petitioner provide a statement of exhaustion as required by LSR 3-1 and Rule 2 of the Rules Governing Section 2254 Cases in the Federal District Courts. ECF No. 38.

Petitioner has filed a second amended petition that contains a statement of exhaustion with respect to the claims contained therein. ECF No. 46.

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to file a second amended petition (ECF No. 27) is GRANTED *nunc pro tunc* as of September 4, 2012.

\ \ \

\ \ \

\ \ \

**IT IS FURTHER ORDERED** that respondents shall file their response to petitioner's motion for stay and abeyance (ECF No. 31) within **thirty-five (35) days** of the date this order is entered.

DATED:   September 26, 2012.

_____
UNITED STATES DISTRICT JUDGE