UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT ROYCE BYFORD,

Petitioner,
v.

WILLIAM GITTERE, *et al.*,

Respondents.

Case No. 3:11-cv-00112-JCM-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 89)**

This capital habeas corpus action was stayed from February 1, 2013, to October 24, 2019, pending further state court proceedings initiated by the petitioner, Robert Royce Byford, who is represented by appointed counsel. After the stay was lifted, Byford was to file a third amended habeas petition by December 23, 2019. *See* Order entered October 24, 2019 (ECF No. 88) (60 days to file third amended petition).

On December 19, 2019, Byford filed a motion for extension of time (ECF No. 89), requesting a 32-day extension of time, to January 24, 2020, to file his third amended petition. Byford's counsel states that the extension of time is necessary because of his obligations in other cases. This would be the first extension of this deadline. The Respondents do not oppose the motion for extension of time.

The Court finds that Byford's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 89) is **GRANTED**. Petitioner will have until and including **January 24, 2020**, to file his third amended habeas petition.

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED December 23, 2019.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE

2