UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:11-cv-00112-JCM-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 100)** |

In this capital habeas corpus action, the petitioner, Robert Royce Byford, filed a third amended petition for writ of habeas corpus on January 30, 2020 (ECF No. 92). Respondents were due to respond to the third amended petition by April 29, 2020. *See* Order entered October 24, 2019 (ECF No. 88) (90 days for response).

On April 29, 2020, Respondents filed a motion for extension of time (ECF No. 100), requesting a 58-day extension of time, to June 26, 2020, to respond to the third amended petition. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases and because he has had to take on additional responsibilities as a result of the COVID-19 pandemic. Byford does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 100) is **GRANTED**. Respondents will have until and including June 26, 2020, to respond to Petitioner's third amended habeas petition (ECF No. 92).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED May 6, 2020.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE