UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:11-cv-00112-JCM-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 102)** |

　　In this capital habeas corpus action, the petitioner, Robert Royce Byford, filed a third amended petition for writ of habeas corpus on January 30, 2020 (ECF No. 92). After an initial 90-day period, and then a 58-day extension of time, Respondents were due to respond to the third amended petition by June 26, 2020. *See* Order entered October 24, 2019 (ECF No. 88) (90 days for response); Order entered May 6, 2020 (ECF No. 101) (58-day extension).

　　On June 26, 2020, Respondents filed a motion for extension of time (ECF No. 102), requesting a further 60-day extension of time. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. Byford does not oppose the motion for extension of time.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will extend this deadline by 75 days, to September 9, 2020. The Court does so with the expectation that this will forestall any further motion to extend this deadline. The Court will not look favorably upon any such motion.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 102) is **GRANTED**. Respondents will have until and including **September 9, 2020**, to respond to Petitioner's third amended habeas petition (ECF No. 92).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED July 2, 2020.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE