UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT ROYCE BYFORD,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:11-cv-00112-JCM-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 104)**

    In this capital habeas corpus action, the petitioner, Robert Royce Byford, filed a third amended petition for writ of habeas corpus on January 30, 2020 (ECF No. 92). After an initial 90-day period, a 58-day extension of time, and a 75-day extension of time, Respondents were due to respond to the third amended habeas petition by September 9, 2020. *See* Order entered October 24, 2019 (ECF No. 88) (90 days for response); Order entered May 6, 2020 (ECF No. 101) (58-day extension); Order entered July 2, 2020 (ECF No. 103) (75-day extension).

    On September 8, 2020, Respondents filed a motion for extension of time (ECF No. 104), requesting a further 14-day extension of time. Respondents' counsel states that the extension of time is necessary because of his obligations with respect to other matters. Byford does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant the motion for extension of time. The Court will not look favorably upon any motion to further extend this deadline.

1  **IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 104) is **GRANTED**. Respondents will have until and including **September 23, 2020**, to respond to Petitioner's third amended habeas petition (ECF No. 92).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED September 10, 2020.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE

2