UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>　Petitioner,<br><br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　Respondents. | Case No. 3:11-cv-00112-JCM-WGC<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 106)** |

　　In this capital habeas corpus action, the petitioner, Robert Royce Byford, filed a third amended petition for writ of habeas corpus on January 30, 2020 (ECF No. 92). After an initial 90-day period, a 58-day extension of time, a 75-day extension of time, and a 14-day extension of time, Respondents were due to respond to the third amended habeas petition by September 9, 2020. *See* Order entered October 24, 2019 (ECF No. 88) (90 days for response); Order entered May 6, 2020 (ECF No. 101) (58-day extension); Order entered July 2, 2020 (ECF No. 103) (75-day extension); Order entered September 10, 2020 (ECF No. 105) (14-day extension).

　　On September 23, 2020, Respondents filed a motion for extension of time (ECF No. 106), requesting a further 2-day extension of time. Then, on September 24, 2020, Respondents filed a motion to dismiss (ECF No. 107). Respondents' counsel states that the extension of time is necessary because of his obligations with respect to other matters, and because of difficulty involved in preparing the response while working remotely because of the COVID-19 pandemic.

　　The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 106) is **GRANTED**. Respondents' motion to dismiss (ECF No. 107), filed September 25, 2020, will be treated as timely filed.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED September 28, 2020.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE