UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT ROYCE BYFORD,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:11-cv-00112-JCM-WGC

**ORDER GRANTING
MOTIONS FOR EXTENSION OF TIME
(ECF NOS. 127, 128)**

In this capital habeas corpus action, the petitioner, Robert Royce Byford, represented by appointed counsel, filed a third amended petition for writ of habeas corpus on January 30, 2020 (ECF No. 92). Respondents filed a motion to dismiss the third amended petition on September 25, 2020 (ECF No. 107). On February 24, 2021, Byford filed an opposition to the motion to dismiss (ECF No. 116), along with a motion for leave to conduct discovery (ECF No. 117) and a motion for evidentiary hearing (ECF No. 119). After a 30-day initial period, a 45-day extension of time, and a 30-day extension of time, Respondents were due on June 9, 2021, to file a reply in support of their motion to dismiss, and responses to the motion for leave to conduct discovery and motion for evidentiary hearing. *See* Order entered October 24, 2019 (ECF No. 88) (30 days for reply); Order entered March 31, 2021 (ECF No. 124) (45-day extension); Order entered May 11, 2021 (ECF No. 126) (30-day extension).

On June 9, 2021, Respondents filed a motion for extension of time (ECF No. 127), requesting a further 7-day extension of time, to June 16, 2021. Then, on June 16, 2021, Respondents filed a further motion for extension of time (ECF No. 128), requesting another two days, to June 18, 2021.

Respondents' counsel states that the extensions of time are necessary because of his obligations in other cases.

The Court finds that Respondents' motions for extension of time are made in good faith and not solely for the purpose of delay, and that there is good cause for the extensions of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motions for Enlargement of Time (ECF Nos. 127 and 128) are **GRANTED**. The time for Respondents to file a reply in support of their motion to dismiss, and their responses to the motion for leave to conduct discovery and motion for evidentiary hearing, is extended to June 18, 2021. Those filings, made on that date, will be treated as timely filed.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED June 28, 2021.

JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE