UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>   Petitioner,<br><br>   v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>   Respondents. | Case No. 3:11-cv-00112-JCM-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 139)** |

In this capital habeas corpus action, the Court resolved the respondents' motion to dismiss on August 27, 2021 (ECF No. 135). In that order, the Court gave Respondents 180 days—to February 23, 2022—to file an answer, responding to the remaining claims in Petitioner Robert Royce Byford's third amended habeas petition.

On February 23, 2022, Respondents filed a motion for extension of time (ECF No. 139), requesting a 90-day extension of time, to May 24, 2022. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and the complexity of this case. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 139) is **GRANTED**. Respondents will have until and including May 24, 2022, to file their answer. Petitioner will then have 180 days to file his reply. In all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED March 1, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE