UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM REUBART, *et al.*,<br><br>    Respondents. | Case No. 3:11-cv-00112-JCM-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 144)** |

In this capital habeas corpus action, after a 180-day initial period, a 90-day extension of time, and a 45-day extension of time, Respondents had until July 8, 2022, to file an answer, responding to the remaining claims in Petitioner Robert Royce Byford's third amended habeas petition. *See* Order entered August 27, 2021 (ECF No. 135) (180 days for answer); Order entered March 1, 2022 (ECF No. 140) (90-day extension); Order entered May 27, 2022 (45-day extension).

On July 8, 2022, Respondents filed a motion for extension of time (ECF No. 144), requesting a further 45-day extension of time, to August 22, 2022. Respondents' counsel states that the extension of time is necessary because of a staffing shortage in the Post-Conviction Division of the office of the Nevada Attorney General and because of her obligations in other cases. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 144) is **GRANTED**. Respondents will have until and including August 22, 2022, to file their answer. Petitioner will then have 180 days to file his reply. In all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED THIS 15th day of July, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE