UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT ROYCE BYFORD, | Case No. 3:11-cv-00112-JCM-CSD |
|---|---|
| Petitioner, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 148)** |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, after a 180-day initial period, a 90-day extension of time, and two 45-day extensions of time, Respondents had until August 22, 2022, to file an answer, responding to the remaining claims in Petitioner Robert Royce Byford's third amended habeas petition. *See* Order entered August 27, 2021 (ECF No. 135) (180 days for answer); Order entered March 1, 2022 (ECF No. 140) (90-day extension); Order entered May 27, 2022 (ECF No. 143) (45-day extension); Order entered July 15, 2022 (ECF No. 146) (45-day extension).

On August 19, 2022, Respondents filed a motion for extension of time (ECF No. 148), requesting a further 35-day extension of time, to September 26, 2022. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner does not oppose the motion for extension of time.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 148) is **GRANTED**. Respondents will have until and including September 26, 2022, to file their answer. Petitioner will then have 180 days to file his reply. In all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) will remain in effect.

DATED August 25, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

2