UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:11-cv-00112-JCM-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 202)** |

In this capital habeas corpus action, the respondents filed their answer on March 15, 2023. After a 180-day initial period and a 179-day extension of time, Petitioner Robert Royce Byford, who is represented by appointed counsel, was to file a reply by March 8, 2024. *See* Order entered August 27, 2021 (ECF No. 135) (180 days for reply); Order entered September 13, 2023 (ECF No. 201) (179-day extension).

On March 8, 2024, Byford filed a motion for extension of time (ECF No. 202), requesting a further 90-day extension, to June 6, 2024. Byford's counsel states that this extension of time is necessary because of the complexity of this case, her obligations in other cases, and personal medical issues. Byford's counsel states that Respondents do not oppose the motion for extension of time.

The Court finds that Petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///

1

      **IT IS THEREFORE ORDERED** that Petitioner's Request for Extension of Time (ECF No. 202) is **GRANTED**. Petitioner will have until and including **June 6, 2024**, to file his reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered October 24, 2019 (ECF No. 88) remains in effect.

      DATED March 12, 2024.

                                                            _____
                                                            JAMES C. MAHAN
                                                           UNITED STATES DISTRICT JUDGE