UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>　Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>　Respondents. | Case No. 3:11-cv-00112-JCM-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME**<br><br>**(ECF NO. 223)** |

In this capital habeas corpus action, the parties are briefing the merits of Robert Royce Byford's third amended habeas petition (ECF Nos. 92, 99), as well as Byford's motion for leave to conduct discovery and motion for evidentiary hearing (ECF Nos. 210, 211).

Respondents were due on April 28, 2025, to file a response to Byford's reply to Respondents' answer, which was filed on August 29, 2024 (ECF No. 209). *See* ECF No. 220. On April 28, Respondents filed a motion for extension of time, requesting a 35-day extension of time, to June 2, 2025. ECF No. 223. This would be the fifth extension of this deadline. *See* ECF Nos. 213, 215, 217, 220. Respondents' counsel states that this extension is necessary because of their obligations in other cases. Respondents' counsel represents that Byford, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant the motion for extension of time.

The Court will also *sua sponte* extend the time for Byford to file replies to Respondents' opposition to his motion for leave to conduct discovery and their opposition to his motion for evidentiary hearing (ECF Nos. 221, 222). Those replies will

1

be due twenty days after the respondents file their response to Byford's reply (ECF No. 209), as contemplated in the scheduling order. *See* ECF No. 88.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 223) is **GRANTED**. Respondents will have until and including **June 2, 2025**, to file their response to Petitioner's reply (ECF No. 209).

**IT IS FURTHER ORDERED** that Petitioner's reply in support of his Motion for Discovery (ECF No. 210) and his reply in support of his Motion for Evidentiary Hearing (ECF No. 211) will be due twenty days after Respondents file their response to his reply (ECF No. 209).

DATED April 30, 2025.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE