UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>Petitioner,<br><br>v.<br><br>JEREMY BEAN, *et al.*,<br><br>Respondents. | Case No. 3:11-cv-00112-JCM-CSD<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME**<br><br>**(ECF NO. 225)** |

In this capital habeas corpus action, the parties are briefing the merits of Robert Royce Byford's third amended habeas petition (ECF Nos. 92, 99), as well as Byford's motion for leave to conduct discovery and motion for evidentiary hearing (ECF Nos. 210, 211). Respondents were due on June 2, 2025, to file a response to Byford's reply to Respondents' answer, which reply was filed on August 29, 2024 (ECF No. 209). *See* ECF No. 224. On May 30, Respondents filed a motion for extension of time, requesting a 42-day extension, to July 14. ECF No. 225. This would be the sixth extension of this deadline. *See* ECF Nos. 213, 215, 217, 220, 224. Respondents' counsel states that this extension is necessary because of the magnitude of this filing and their obligations in other cases. Respondents' counsel represents that Byford, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time. The Court will grant the motion for extension of time.

Byford's replies in support of his motion for leave to conduct discovery and motion for evidentiary hearing will be due twenty days after the respondents file their response to Byford's reply. *See* ECF No. 224.

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 225) is **GRANTED**. Respondents will have until and including **July 14, 2025**, to file their response to Petitioner's reply (ECF No. 209).

DATED June 4, 2025.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE