UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT ROYCE BYFORD,

    Petitioner,

    v.

JEREMY BEAN, *et al.*,

    Respondents.

Case No. 3:11-cv-00112-JCM-CSD

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME**

**(ECF NO. 229)**

      In this capital habeas corpus action, the parties are briefing Petitioner Robert Royce Byford's motions for leave to conduct discovery and for an evidentiary hearing (ECF Nos. 210, 211). Respondents have filed oppositions to those motions (ECF Nos. 221, 222), and Byford was due to file replies in support of them by August 4, 2025. *See* ECF Nos. 224, 226. On August 4, Byford filed a motion for extension of time, requesting a 30-day extension, to September 3. This would be the first extension of this deadline. Byford's counsel states that this extension is necessary because of the complexity of the case and the need to thoroughly review Respondents' response to Byford's reply regarding the merits of the petition before drafting the replies regarding his motions. Byford's counsel represents that Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension of time.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 229) is **GRANTED**. Petitioner will have until and including **September 3, 2025**, to file replies in support of his motions for leave to conduct discovery and for an evidentiary hearing.

DATED August 6, 2025.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE