UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT ROYCE BYFORD,<br><br>　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　Respondents. | Case No. 3:11-cv-00112-JCM-CSD<br><br>**ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>FURTHER BRIEFING**<br><br>**(ECF NO. 235)** |

　　In this capital habeas corpus action, brought by Robert Royce Byford, who is represented by appointed counsel, the parties have completed the briefing of the merits of Byford's habeas petition (*see* ECF Nos. 92, 99, 198, 209, 228), as well as his motion for leave to conduct discovery (*see* ECF Nos. 210, 221, 231, 232, 233) and motion for evidentiary hearing (*see* ECF Nos. 211, 222, 234), as provided for in the scheduling order (ECF No. 88). On September 3, 2025, however, Byford filed a motion (ECF No. 235) requesting leave of court to file further briefing on the merits of his petition—the further briefing would be a response to Respondents' surreply. A copy of Byford's proposed response to Respondents' surreply is attached to the motion (ECF No. 235-1). Respondents have filed an opposition to Byford's motion (ECF No. 236), and Byford has filed a reply (ECF No. 237).

　　Byford offers two reasons why he should be allowed to respond to Respondents' surreply: to address arguments he could not have made in his reply and to brief new Supreme Court caselaw. *See* ECF Nos. 235, 237. The Court determines that Byford shows good cause to file his response to the surreply. His motion will be granted, and his response to the surreply will be filed. The Court will, *sua sponte*, grant Respondents an opportunity to reply to Byford's response to their surreply.

**IT IS THEREFORE ORDERED** that Petitioner's "Motion for Leave to File a Brief Reply to the State's Response" (ECF No. 235) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to separately file Petitioner's "Reply to Response" (ECF No. 235-1) designating it on the docket as a "Response to Respondents' Surreply."

**IT IS FURTHER ORDERED** that Respondents will have 30 days from the date of entry of this Order to file a "Reply to Petitioner's Response to Surreply."

DATED October 17, 2025.

									_____
									JAMES C. MAHAN
									UNITED STATES DISTRICT JUDGE