UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT ROYCE BYFORD,

    Petitioner,

v.

JEREMY BEAN, *et al.*,

    Respondents.

Case No. 3:11-cv-00112-JCM-CSD

**ORDER GRANTING**
**MOTION FOR EXTENSION OF TIME**

**(ECF NO. 241)**

    In this capital habeas corpus action, the Court granted leave for Petitioner Robert Royce Byford, who is represented by appointed counsel, to file a response to Respondents' surreply, and that response was filed on October 17, 2025. ECF Nos. 239, 240. Respondents then had 30 days—until November 17—to file a reply. ECF No. 239. On November 17, Respondents filed a motion for extension of time, requesting a 30-day extension, to December 17. ECF No. 241. Respondents' counsel states that the extension of time is necessary because of obligations in other cases and a staffing shortage at the Office of the Attorney General. Counsel represents that Byford does not oppose the request. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 241) is **GRANTED**. Respondents will have until and including **December 17, 2025**, to file a reply to Petitioner's response to their surreply.

    DATED November 19, 2025.

                                                           JAMES C. MAHAN
                                                         UNITED STATES DISTRICT JUDGE